JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.
JASON A. HILL, TRIAL ATTORNEY
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-514-1024 || 202-305-0506 (fax)
Jason.Hill@usdoj.gov
JOHN S. MOST, TRIAL ATTORNEY
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-5616-3353 || 202-305-0506 (fax)
john.most@usdoj.gov

MARK A. KLAASSEN
United States Attorney
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY  82003-0668
Telephone: 307-772-2124
nick.vassallo@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>         *Petitioner*,<br>     v.<br><br>RYAN K. ZINKE, et al.,<br><br>         *Federal Respondents,*<br><br><br>STATE OF WYOMING, THUNDER BASIN COAL COMPANY, LLC,<br><br>         *Intervenor-Respondents.* | Civil Case No. 16-CV-167-ABJ |

**NOTICE OF WITHDRAWAL – JASON A. HILL**

Pursuant to Local Rule 84.3(c), the Federal Respondents hereby give notice of the

withdrawal of Jason A. Hill as attorney of record. Mr. Hill is leaving the United States Department of Justice, and the United States consents to his withdrawal. John S. Most, a Trial Attorney with the United States Department of Justice, Environment and Natural Resources Division, and Assistant United States Attorney Nicholas Vassallo will continue to serve as counsel for the Federal Respondents.

Respectfully submitted this 2nd day of August, 2018.

>
> MARK A. KLAASSEN
> United States Attorney
>
> By: */s/ Nicholas Vassallo*
> NICHOLAS VASSALLO
> Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, a copy of the **NOTICE OF WITHDRAWAL – JASON A. HILL** was served by filing a copy of that document with the Court's CM/ECF system, which will send notice of electronic filing to counsel of record.

> /s/ *Kylie Severns*
> United States Attorney's Office